**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:20-cv-00296-MR**

| | | |
|---|---|---|
| **KAYIE SHAUNE D. WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| **THOMAS A. HAMILTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the Court on Defendant's Motion to File Video Exhibit Manually. [Doc. 30].

     For the reasons stated in Defendant's motion,

     **IT IS HEREBY ORDERED** that Defendant's motion [Doc. 30] is **GRANTED.** Defendant shall mail the Exhibit to the following address for docketing and transmission to PSLC1:

     U.S. District Court, Asheville Division
     Western District of North Carolina
     100 Otis Street, Room 309
     Asheville, NC 28801

     **IT IS FURTHER ORDERED** that within fourteen (14) days of this Order Defendant shall make a copy of the Exhibit available for viewing by Plaintiff through the staff at the facility at which Plaintiff is currently housed if the video has not been previously made available to Plaintiff for viewing.

**IT IS SO ORDERED**.

Signed: September 24, 2021

Martin Reidinger
Chief United States District Judge