UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00296-MR

| | |
|---|---|
| KAYIE SHAUNE D. WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS A. HAMILTON, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte on the Court's review of the docket in this matter.

On September 23, 2021, Defendant moved for summary judgment and to manually file a video exhibit in support of his summary judgment motion. [Docs. 28, 30]. The Court granted Defendant's motion to manually file the video exhibit and ordered Defendant to mail the exhibit to the Court for filing. [Doc. 31]. Plaintiff responded to Defendant's summary judgment motion [Doc. 33] and the matter is now ripe for adjudication. The Court, however, never received the exhibit for filing. The Court will Order Defendant to file the exhibit with the Court within seven (7) days of this Order, or the Court will not consider the exhibit on summary judgment.

Defendant shall mail the exhibit to the attention of "PSLC1" at the following address:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

## **ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for Defendant shall mail a copy of the video exhibit to the Court as directed within seven (7) days of this Order.

**IT IS SO ORDERED**.

Signed: January 19, 2022

Martin Reidinger
Chief United States District Judge